```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SIGMA LITHIUM CORPORATION,<br><br>    Plaintiff,<br><br>  -v-<br><br>CALVYN GARDNER, LUIZA VALIM,<br><br>    Defendants. | 23-cv-07403 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court orders that the Complaint, see Dkt. No. 1, in the above-captioned case should be sealed on an emergency basis pending a motion to seal the Complaint from plaintiff's counsel.

SO ORDERED.

New York, NY  
August 21, 2023

                                                   /s/ Jed S. Rakoff  
                                                  JED S. RAKOFF, U.S.D.J.