**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22ⁿᵈ Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

August 27, 2023

**Vɪᴀ ECF**

Honorable Lewis J. Liman
United States District Judge
United States District Court for The Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:     *Sigma Lithium Corporation v. Gardner, et al*, Case No. 1:23-cv-07403

Dear Judge Liman:

In light of public disclosure of the Complaint following the Court's order, we will not move to seal the Complaint.

Respectfully Submitted,
*/s/ Michael B. Carlinsky*
Michael B. Carlinsky

quinn emanuel urquhart & sullivan, llp

ATLANTA| AUSTIN| BERLIN| BOSTON| BRUSSELS| CHICAGO| DOHA| HAMBURG| HONGKONG| HOUSTON| LONDON| LOSANGELES| MANNHEIM| MIAMI| MUNICH| NEUILLY-LADEFENSE| NEWYORK| PARIS| PERTH| RIYADH| SALTLAKECITY| SANFRANCISCO| SEATTLE| SHANGHAI| SILICONVALLEY| STUTTGART| SYDNEY| TOKYO| WASHINGTON,DC| ZURICH