UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGMA LITHIUM CORPORATION,<br><br>       Plaintiff(s),<br><br>    v.<br><br>CALVYN GARDNER, et al.,<br><br>       Defendant(s). | 23-CV-7403 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://www.nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  The initial pretrial conference scheduled for December 20, 2023, at 3:30 p.m. EST (ECF No. 16) is ADJOURNED to **February 6, 2024, at 3:30 p.m. EST**.  The conference will be telephonic.  The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 958 008 108, followed by the pound sign (#).

  It is further ORDERED that Plaintiff shall submit a letter by **January 23, 2024**, regarding the status of service and, if service has not yet been made and Plaintiff continues to believe that Defendants are outside the United States, proposing a deadline to effect service.

  Requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least two business days before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous

requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: December 15, 2023
       New York, New York

                                      DALE E. HO
                            United States District Judge