UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGMA LITHIUM CORPORATION,<br><br>                              Plaintiff(s),<br><br>v.<br><br>CALVYN GARDNER, et al.,<br><br>                              Defendant(s). | 23-CV-7403 (DEH)<br><br><u>ORDER</u> |

DALE E. HO, United States District Judge:

It is hereby **ORDERED** that the initial pretrial conference scheduled for **February 6, 2024**, and the service deadline are **ADJOURNED** *sine die*, pending resolution of Plaintiff's Motion for Alternative Service. *See* ECF No. 20.

SO ORDERED.

Dated: January 31, 2024
        New York, New York

_____
DALE E. HO
United States District Judge