MEMO ENDORSED

# quinn emanuel  trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

February 20, 2024

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED.

The Clerk of Court is respectfully requested terminate Silpa Maruri so that she no longer receives ECF notifications.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: February 21, 2024
New York, New York

Re:     *Sigma Lithium Corp. v. Gardner, et al.*, 23-cv-07403-DEH

Dear Judge Ho:

    Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") represents Plaintiff Sigma Lithium Corp. in the above-referenced action.  I write to inform the Court that February 20, 2024 is my last day as an attorney employed at Quinn Emanuel, and I therefore request that I be permitted to withdraw as counsel for Sigma Lithium Corp. and that Your Honor direct the Clerk's office to terminate me from the docket in this case.

    Michael Carlinsky and Mario Gazzola remain counsel of record for Sigma Lithium Corp. As such, my withdrawal will not affect any discovery, trial, or other such dates pending in this matter.

    If the Court approves of this request, we respectfully request that it "So Order" this letter. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Silpa Maruri*

Silpa Maruri

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH