UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIGMA LITHIUM CORPORATION,

                    Plaintiff,

      -against-                                            23 **CIVIL** 7403 (DEH)

## **JUDGMENT**

CALVYN GARDNER and LUIZA VALIM,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 01, 2025, the Court concludes that it lacks personal jurisdiction over Defendants, the Complaint is DISMISSED without prejudice to renewal in a court where personal jurisdiction is proper; accordingly, the case is closed.

**Dated:**  New York, New York

    May 1, 2025

                                                            **TAMMI M HELLWIG**
                                                             _____
                                                               **Clerk of Court**

                         **BY:**
                                                               **Deputy Clerk**